| Return | | |
|---|---|---|
| Case No.: 3:22MJ | Date and time warrant executed: 12/6/2022 | Copy of warrant and inventory left with: Jamie Middlebrook (mailed) |
| Inventory made in the presence of: SA MacNamara | | |

Inventory of the property taken and name(s) of any person(s) seized:

On December 6, 2022, Task Force Officer Maria Case presented an Affidavit to the Honorable Judge Maria E. Garcia seeking precision location information for telephone number (475) 227-5923 which was granted. Following the courts approval, steps were made to service the service provider with the signed order by Drug Enforcement Administration (DEA) tech personal.
On or about December 6, 2022, precision location data was received for 30 days from the Target Telephone.
During this time, Agents used the precision location data to establish patterns and identify known locations for Target Telephone. 2023 M.C.
Jamie Middlebrook was notified by certified mail through FedEx corporation standard overnight on 01/19/2022 [2023 M.C.] and was mailed to his residence of 8 Enfield Street, West Haven CT 06516.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/19/2023

TFO _(signature)_

_Executing officer's signature_

TFO Maria Cas_(signature)_

_Printed name and title_