UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN THE MATTER OF A SEARCH WARRANT | Case No. 3:22mj1062 (MEG) <br><br> June 5, 2023 |

## MOTION TO UNSEAL

The United States of America respectfully moves this Court to unseal the search warrant application, search warrant, and all attachments thereto. In support of this motion, the Government states that the defendant has been arrested on state charges and there is no longer a need to keep these materials sealed.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

/s/ *Tara E. Levens*

TARA E. LEVENS
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv09900
157 Church Street, 25th Floor
New Haven, CT 06510
Tel: (203) 821-3700
Tara.Levens@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2023, a copy of the foregoing was filed electronically with the court and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's system.

/s/ *Tara E. Levens*

TARA E. LEVENS
ASSISTANT U.S. ATTORNEY

1